# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 19, 2024

## NO. 03-23-00392-CV

**Peace Bakery & Deli, Inc., Appellant**

**v.**

**11220 North Lamar Holdings, LLC, Appellee**

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE SMITH**

This is an appeal from the judgment signed by the trial court on June 2, 2024. Having reviewed the record, the Court holds that Peace Bakery & Deli, Inc. has not prosecuted its appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.